Edward G. Hochuli, Bar #004566
James J. Osborne, Bar #009790
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7812
ehochuli@jshfirm.com
josborne@jshfirm.com

Attorneys for Defendants Robert Bosch LLC
and Robert Bosch Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| OBDULIA NAVARRO, a married woman; GERARDO NAVARRO, a married man, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT BOSCH LLC, a Delaware LLC; ROBERT BOSCH GmbH, a German corporation; ROBERT BOSCH CORPORATION, a corporation; TRW AUTOMOTIVE U.S. LLC, a Delaware corporation; DELPHI AUTOMOTIVE SYSTEMS LLC, a Delaware corporation; QUALITY SAFETY SYSTEMS, a foreign corporation; ALAMO RENTAL (US) INC., a Delaware corporation; ALAMO RENT-A-CAR, LLC, a Delaware corporation; JOHN AND JANE DOES I-X; and ABC COMPANIES I-X, <br><br> Defendants. | NO. <br><br> **NOTICE OF REMOVAL** <br><br><br> **By Defendants ROBERT BOSCH LCC and ROBERT BOSCH CORPORATION** |

In accordance with provisions of 28 U.S.C. § 1441 et *Seq.*, Defendants Robert Bosch LLC and Robert Bosch Corporation hereby remove this action to United States District Court for the District of Arizona from the Superior Court of Arizona, in and for the County of Maricopa, in which it is currently pending. As grounds for the removal of this case, Robert Bosch LLC and Robert Bosch Corporation state as follows:

2075337.1

1. On June 18, 2009, an action was commenced in the Superior Court of the State of Arizona, in and for the County of Maricopa, entitled <u>OBDULIA NAVARRO, a married woman; GERARDO NAVARRO, a married man, v. ROBERT BOSCH LLC, a Delaware LLC; ROBERT BOSCH GmbH, a German corporation; ROBERT BOSCH CORPORATION, a corporation; TRW AUTOMOTIVE U.S. LLC, a Delaware corporation; DELPHI AUTOMOTIVE SYSTEMS LLC, a Delaware corporation; QUALITY SAFETY SYSTEMS, a foreign corporation; ALAMO RENTAL (US) INC., a Delaware corporation; ALAMO RENT-A-CAR, LLC, a Delaware corporation; JOHN AND JANE DOES I-X; and ABC COMPANIES I-X.</u> True and complete copies of the Complaint and Summonses for removing Defendants Robert Bosch Corporation and Robert Bosch LLC as well as all other pleadings and other documents previously filed with the state court are attached hereto collectively as Exhibit A.

2. This court has jurisdiction pursuant to 28 U.S.C. § 1332 as this action involves diversity of citizenship and an amount in controversy exceeding the sum or value of $75,000, exclusive of interest and costs and is one that may be removed to this court by Defendants Robert Bosch LLC and Robert Bosch Corporation pursuant to the provisions of 28 U.S.C. § 1441(a) and (b).

3. Robert Bosch LLC and Robert Bosch Corporation have not filed any pleadings or papers in the State Court action, and the time during which Robert Bosch Corporation and Robert Bosch LLC are required by 28 U.S.C. § 1446(b) to file this notice of removal has not yet expired.

4. Plaintiffs and defendants are, and at all material times were, citizens of different states.

5. The two named plaintiffs, Obdulia Navarro and Gerardo Navarro, are alleged to be Nevada residents (Complaint, page 3).

2075337-1

6. Defendant Robert Bosch LLC is a Delaware Limited Liability Company, with its principal place of business in Illinois. Robert Bosch LLC was served with the Summons and Complaint in this matter on July 6, 2009.

7. Defendant Robert Bosch Corporation[1] is incorporated in the State of Delaware, with its principal place of business in Illinois. Robert Bosch Corporation was served with the Summons and Complaint in this matter on June 24, 2009.

8. Defendants Alamo Rental (US) Inc. and Alamo Rent-a-Car (now defunct) are alleged to be and are incorporated in the State of Delaware. Alamo Rental (US) Inc. has its principal place of business in Missouri and Alamo Rent-a-Car, LLC had its principal place of business in Florida. Both Alamo Rental (US) Inc. and Alamo Rent-a-Car, LLC were served with the Summons and Complaint in this matter on June 24, 2009.

9. Defendant TRW Automotive U.S. LLC is alleged to be and is a Delaware Limited Liability Company with its principal place of business in Michigan. TRW Automotive U.S. LLC was served with the Summons and Complaint in this matter on June 24, 2009.

10. Defendant Delphi Automotive Systems LLC is alleged to be and is a Delaware Limited Liability Company with its principal place of business in Michigan. Delphi Automotive Systems LLC was served with the Summons and Complaint in this matter on June 24, 2009.

11. Defendant Robert Bosch GmbH is alleged to be and is a German corporation. Robert Bosch GmbH has not yet been served with process in this action.

12. Defendant Quality Safety Systems is alleged to be a foreign corporation and upon information and belief has not yet been served with process in this action.

---

[1] Robert Bosch Corporation became Robert Bosch LLC on January 3, 2007.

2075337-1

13.     The citizenship of the fictitious defendants named in Plaintiffs' Complaint must be disregarded for purposes of determining removal jurisdiction. 28 U.S.C. § 1441(a) provides as follows :

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action if pending. ***For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.*** (emphasis added).

14.     Defendants TRW Automotive U.S. LLC, Delphi Automotive Systems LLC, Alamo Rental (US) Inc. and Alamo Rent-a-Car LLC consent to this Notice of Removal. Their consent is evidenced by their respective Notices of Consent to Removal which are attached collectively as Exhibit "B."

15.     Defendants Robert Bosch GmbH and Quality Safety Systems have not yet been served with process. Therefore, their consents are not required for this removal.

16.     A Notice of Filing Notice of Removal to Federal Court, a true and correct copy of which is attached as Exhibit "C", has been filed in Arizona Superior Court, County of Maricopa, Arizona on behalf of the removing Defendants Robert Bosch LLC and Robert Bosch Corporation.

WHEREFORE, Defendants Robert Bosch LLC and Robert Bosch Corporation respectfully request that the above action now pending in Arizona Superior Court, Maricopa County, be removed to this Court.

2075337-1

1         DATED this _____ day of July, 2009.

2                               JONES, SKELTON & HOCHULI, P.L.C.

3

4                               By _____

5                                   Edward G. Hochuli
                                  James J. Osborne

6                                   Jeremy C. Johnson
                                  2901 North Central Avenue, Suite 800

7                                   Phoenix, Arizona  85012
                                  Attorneys for Defendants Robert Bosch

8                                   LLC, Robert Bosch GmbH and Robert
                                  Bosch Corporation

9

10 ORIGINAL electronically filed
this _____ day of _____, 2009.

11 COPY mailed/e-mailed

12 this _____ day of July, 2009, to:

13 Robert W. Boatman
Matthew MacLeod

14 GALLAGHER & KENNEDY
2575 East Camelback Road

15 Phoenix, Arizona 85016
Attorneys for Plaintiffs

16

17 _____

18

19

20

21

22

23

24

25

26

27

28

2075337-1